1  LYNN HUBBARD, III SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
4  Telephone: (530) 895-3252
   Facsimile:  (530) 894-8244
5
6  Attorneys for Plaintiff

7

8              THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | JAMES SANFORD                          ) CASE No. CIV.S 05-0928 LKK PAN
                                            )
13 |      Plaintiff,                        ) **REQUEST FOR DISMISSAL**
                                            )
                                            ) **AND ORDER THEREON**
14 |      vs.                               )
                                            )
15 | FRESH CHOICE INC. DBA FRESH            )
   | CHOICE #11;  KENNETH S.                )
16 | TANIZAKI.                              )
                                            )
17 |      Defendants,                       )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20                                          )

21

Request for Dismissal and Order Thereon
SANFORD v. FRESH CHOICE
CASE No. CIV.S. 05-0928 LKK PAN

1

Plaintiff, JAMES SANFORD, requests the Court dismiss the above entitled action, with prejudice, **as to ALL PARTIES.**

Dated: July 13, 2005            LAW OFFICES OF LYNN HUBBARD

　　　　　　　　　　　　　　　　 /s/ Lynn Hubbard, Esquire
　　　　　　　　　　　　　　　　LYNN HUBBARD, III
　　　　　　　　　　　　　　　　Attorney for Plaintiff

IT IS SO ORDERED

Dated: July 15, 2005.
　　　　　　　　　　　　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　Judge of the District Court

Request for Dismissal and Order Thereon
SANFORD v. FRESH CHOICE
CASE No. CIV.S. 05-0928 LKK PAN